UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-cr-451-D-1

UNITED STATES OF AMERICA

v.

JONATHAN LYNN JENKINS

ORDER

This matter comes before the Court on defendant's emergency motion under U.S. Const. amend. VI and 18 U.S.C. § 3142(i)(2) and (4) for meaningful access to the defendant in custody in order to continue to prepare the defendant for trial, and for good cause shown, the motion is GRANTED.

While the defendant, Jonathan Jenkins, remains in custody at North Carolina Central Prison, counsel for the defendant shall have access to meet with defendant with a computer and an external hard drive, and with papers, books, and legal documents, Monday through Sunday from 8:30 a.m. up until 9 p.m. Furthermore, the U.S. Marshal is directed to take Mr. Jenkins into custody, forthwith, and place him in a detention facility in the Eastern District of North Carolina that has Jurislink video conferencing capabilities in order for defendant to also be able to meet with his counsel through remote system.

SO ORDERED this __4__ day of February, 2021.

JAMES C. DEVER III
United States District Judge