IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-451-D-1

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| JONATHAN LYNN JENKINS<br>a/k/a "Max" | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the government's Motion in Limine to Admit Government's Proposed Transcript Edits, filed at Docket Entry 159, be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and counsel for the defendant.

IT IS SO ORDERED, this _17_ day of _February_, 2021.

JAMES C. DEVER, III
United States District Judge