IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:18-CR-451-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN LYNN JENKINS<br>a/k/a "Max" | **ORDER** |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Clerk of Courts shall seal the Government's Proposed Witness List with Victims' Names, Docket Entry 178.

DONE AND ORDERED this 22 day of February, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

1