UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 5:18-CR-451-1D

**UNITED STATES OF AMERICA**

vs.                                                                      ORDER

**JONATHAN LYNN JENKINS**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on February 22, 2021 be turned over to <u>Detective Robert Pereira</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 1 | Black Calendar |
| 21 | Keys |

This 22nd day of February, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____