UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 5:18-CR-451-1D

**UNITED STATES OF AMERICA**

vs.                                                                                     **ORDER**

**JONATHAN LYNN JENKINS**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on February 23, 2021 be turned over to Detective Robert Pereira to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 6 | Black Zipper Pouch |
| 10 | Pimpology Book |
| 11 | Dancer Pole Kit |
| 15 | Magazine |
| 16 | Magazine |
| 19 | Assorted Ammunition |
| 22 | Ski masks, bandanas |
| 2 | Composition notebook |
| 13 | Mossberg Shotgun serial number AT038550 |
| 14 | Shotgun shells |
| 18 | Tan bag and contents: gift bag, bullets, magazine |
| 3 | Photo of A.H. and family |
| 4 | Ultrasound photo |
| 5 | Comfort Inn invoice 12/13/14 |
| 17 | Magazine |
| 20 | Bullets in washcloth |
| 12 | Prescription pill bottles |
| 7 | Basketball certificate |
| 8 | Rental contract – 1940A Black Creek |
| 9 | Business card box |

This 22nd day of February, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____