UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 5:18-CR-451-1D

UNITED STATES OF AMERICA

vs.                                                                    ORDER

JONATHAN LYNN JENKINS

    IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on February 24, 2021 be turned over to Detective Robert Pereira to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 23 | .357 bullets, cartridges |
| 25 | Shell casing |
| 26 | Shell casing |
| 27 | Shell casing |
| 28 | Projectile from wall |
| 29 | Projectile from floor |

This 24th day of February, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____