UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:18-CR-451-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN LYNN JENKINS | ORDER |

This matter having come before the Court by the Defendant's motion for an order sealing the proposed sealed Notice of Defendant's Proposed Exhibit 3 (D.E. 190), and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the proposed sealed Notice remain under seal.

This 26 day of February, 2021.

JAMES C. DEVER, III
United States District Judge