IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:18-CR-451-D(1)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN LYNN JENKINS | **ORDER** |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Government's Motion for Restitution and Exhibits A through F, Docket Entry 233, filed in the above-captioned matter be sealed, except that a copy shall be provided to the Office of the United States Attorney and counsel for the defendant.

This the **30** day of **July**, 2021.

JAMES C. DEVER III
United States District Judge