IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:18-CR-451-D(1)

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| JONATHAN LYNN JENKINS | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Government's Supplemental Motion for Restitution and Exhibits, Docket Entry 254, filed in the above-captioned matter be sealed, except that a copy shall be provided to the Office of the United States Attorney and counsel for the defendant.

This the 23 day of November, 2021.

JAMES C. DEVER III
United States District Judge