IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:18-CR-451-D-1

UNITED STATES OF AMERICA

v.

JONATHAN JENKINS

**ORDER**

Upon motion of the United States, for good cause shown based on the facts and reasons stated in the motion, it is hereby ORDERED that the revised redacted transcripts prepared by the government be substituted for the currently filed redacted transcripts as provided below:

| Trial Day 1 Revised | D.E. 282 |
| --- | --- |
| Trial Day 2 Revised | D.E. 283 |
| Trial Day 3 Revised | D.E. 284 |
| Trial Day 4 Revised | D.E. 285 |
| Trial Day 5 Revised | D.E. 286 |

This the _1_ day of November, 2023.

_/s/ Dever_
JAMES C. DEVER III
United States District Judge